

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**
APR - 7 2008

___JAMES BLACKMAN___ )
(Full name under which you were convicted) )
)
___N-62837___ )
(Prison Number) )
)
___STATEVILLE CORRECTIONAL CENTER___ )
(Place of Confinement) )

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 07 2008

Docket No. ___08C1836___
(To be supplied by Clerk)

## AMENDED

### PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254 BY A PERSON IN STATE CUSTODY

___James Blackman___, Petitioner
(Full name under which you were convicted)

vs.

___Terry McCann___, Respondent
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner),

and (when applicable)

The Attorney General of the State of

_____.

Rev. 8/96

# PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS—READ CAREFULLY

1. If you are attacking a judgment which imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future under a federal judgment which you wish to attack, you should file a motion under Title 28, U.S.C. §2255, in the federal court which entered the judgment.

2. **Readable** - The petition may be either typed or handwritten, but it must be readable.

3. **One Conviction Per Form** - You can only challenge one criminal conviction in each petition.

4. **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does not have to be witnessed by a notary public.

5. **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the original and two (2) copies must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

6. **Exhaustion** - Before you can sue in federal court for habeas corpus relief, you must first raise every ground you have in State Court, either by direct appeal, state habeas, and/or post-conviction statutes, and appeal as high in the state court system as they will let you go. If you have not done this, you should either do it now, before filing in federal court, or be prepared to explain on the form why you have not exhausted your state remedies.

7. **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

8. **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

9. **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

10. **Grounds Frequently Raised** - For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege FACTS. The Petition may be returned to you if you merely check the ground(s) listed below.

a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

b)   Conviction obtained by used of coerced confession.

c)   Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

d)   Conviction obtained by a violation of the privilege against self-incrimination.

e)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

f)   Conviction obtained by a violation of the protection against double jeopardy.

g)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

h)   Denial of effective assistance of counsel.

I)   Denial of right of appeal.

## PETITION

1. **Institutional Address:** Stateville Correctional Center PO Box 112 Joliet, IL 60434

2. **Court:** Name and location of Court in which the conviction you are challenging was obtained: Cook County Jail 2600 S. California Chicago IL 60608

3. **Judge(s):** Trial Judge _____
Sentencing Judge Mrs. Lawl Rm 706

4. **Date:** What was the date of your conviction? 2-24-2006

5. **Crime:**
   a) Of what crime(s) were you convicted? CANABIS AND ATTEMEDATION OF THREAT

   b) Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
   Yes (✓)   No ( )

   If yes, explain: YES CASE #06CR7073 THAT WILL BE THE CANABIS CASE #06CR7744 THAT WILL BE THE ATTEMEDATION OF THREAT

6. **Lawyer:** Who was your lawyer?
   a) At preliminary hearing  UNKNOWN
   b) At arraignment and plea  UNKNOWN
   c) At trial  UNKNOWN
   d) At sentencing  UNKNOWN
   e) On direct appeal  UNKNOWN
   f) In any post-conviction proceeding  UNKNOWN
   g) On appeal from any adverse ruling in a post-conviction proceedings  UNKNOWN

7. **Plea:**
   a) What your conviction a result of a guilty plea or plea of nolo contendere? (Check one)
   ✗ Yes, guilty plea
   __ Yes, nolo contendere
   __ No

   b) What was the date of your plea? 4-23-07

   c) If you pleaded guilty to one count or one indictment, and pleaded not guilty or nolo contendere to another, give details: ON 4-23-07 I PLEADED GUILTY TO THE CANABIS AND ATTEMEDATION OF THREAT IN RETURN FOR THEM TO DISMISS THE HAND GUN.

Rev. 8/96

- 4 -

8. **Sentence:** What was your sentence? _____
_____
_____

9. **Trial:**    a) What kind of trial?
                 _____ Jury          __✓__ Judge without a jury

          b) Did you testify at the trial? __ Yes  _✓_ No

10. **Appeal(s):** a) Did you appeal your criminal conviction? __ Yes _✓_ No

          b) If you did appeal, answer the following:

          Name and location of Court to which you first appealed _____
          _____
          Date Notice of Appeal was filed _____
          Result _____
          Date of Opinion _____
          Citation of court opinion (if known) _____
          _____

          Ground(s) raised on direct appeal _____
          _____
          _____
          _____
          _____
          _____

          If you did not directly appeal, explain briefly why you did not BECAUSE
          MY ATTORNY FAILED TO PRODUCE THE
          EVIDENCE

          c) Did you attempt to appeal the result to the highest state court having
          jurisdiction? _✓_ Yes __ No

          d) If you did attempt to appeal to the highest state court, attach a copy of the
          petition or motion you made, and answer the following (or attach a copy of
          the court's opinion or order): MY ATTORNY FAILED TO RELEASE
          IT.
          Name and location of Court 2600 S. CALIFORNIA
          CHICAGO IL 60606 COOK COUNTY JAIL
          Date Petition for Leave to Appeal or Notice of Appeal was filed 4-23-07
          Result HE FAILED TO DO SO
          Date of Opinion NEVER RECIVED BECAUSE HE FAILED TO DO SO

Rev. 8/96

Citation of court opinion (if known) NEVER RECIVED IT

Ground(s) raised LOCATION 6012 S. KEELER WAS NOT OWNED LEASED OR RENTED TO A JAMES BLACKMAN

If you did not appeal to the highest state court, explain briefly why you did not BECAUSE MY ATTORNEY FAILED TO DO SO.

  c)  Did you seek permission to file a late appeal? __ Yes ✓ No

11. **Post Conviction Collateral Proceeding(s):**

  a)  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
    __ Yes ✓ No

  b)  If yes, give the following information:

A. First petition, application or motion.

  1) Name of Court NONE

  2) Date Filed NONE

  3) Nature of Proceeding NONE

  4) Ground(s) Raised LOCATION 6012 S. KEELER WAS NOT OWNED LEASED OR RENTED TO A JAMES BLACKMAN

5) Did you receive an evidentiary hearing on your petition, application or motion?
___ Yes   ✓ No

6) Final Result _____NONE_____

7) Date of Final Result (Attach a copy of the court's opinion or order) __NONE__

8) If this petition, application, or motion was brought in a state court, did you appeal the result to the highest state court having jurisdiction?
___ Yes   ✓ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

9) If you did not appeal, briefly explain why you did not __BECAUSE MY ATTORNEY FAILED TO DO SO OF THE EVIDENCE__

B. As to any second petition, application or motion, give the following information:

1) Name of Court _____NONE_____

2) Date Filed _____NONE_____

3) Nature of Proceeding _____NONE_____

4) Ground(s) Raised __LOCATION (0017 S. KEELER WAS NOT OWNED LEASED OR RENTED TO A JAMES BLACKMAN)__

5) Did you receive an evidentiary hearing on your petition, application or motion?
___ Yes   ✓ No

- 7 -

Rev. 8/96

6) Final Result __None__

7) Date of Final Result (Attach a copy of the court's opinion or order) __None__

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes   _✓_ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

9) If you did not appeal, briefly explain why you did not __Because my attorney failed to produce the evidence__

C. As to any third petition, application or motion, give the following information:

   1) Name of Court __None__

   2) Date Filed __None__

   3) Nature of Proceeding __None__

   4) Ground(s) Raised __Location Quiz S. Kettler was not owned leased rented to a James Blackman__

   5) Did you receive an evidentiary hearing on your petition, application or motion?
      __ Yes   _✓_ No

   6) Final Result __None__

   7) Date of Final Result (Attach of copy of the court's opinion or order) __None__

Rev. 8/96

- 8 -

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
___ Yes  ✓ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____
_____
_____
_____
_____

9) If you did not appeal, briefly explain why you did not BECAUSE MY ATTORNEY FAILED TO PRODUCE THE EVIDENCE
_____
_____
_____

12. **Other Remedies:**

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result I CAN NOT DO SO BECAUSE MY ATTORNEY FAILED TO DO SO, HE WAS INEFFECTIVE COUNSELOR
_____
_____
_____
_____

13. **Ground(s) for Federal Habeas Corpus:**

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A. <u>First Ground</u>

1) My conviction violates the constitution or laws of the United States because: BEING HELD FALSLY IMPRISSIONED ALSO THE CHICAGO POLICE OFFICERS GIVEN FALSE INFORMATION TO THE DISTRICT COURT FOR A WARRANT IN JAMES BLACKMAN AT LOCATION OF 6012 S. KEELER WHERE HE DOES NOT OWN LEASE OR RENT AT THE LOCATION OF 6012 S. KEELER IN CHICAGO IL

2) I have already raised this claim in state court.

Direct Appeal:       ___ Yes  ✓ No

Rev. 8/96

14. If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: NONE BECAUSE MY ATTORNEY FAILED TO PRODUCE THE APPEAL TO THE MOTION

15. Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? __ Yes  ✓ No

    If yes, give the name of the Court and nature of proceeding: _____

16. **Second or Successive Petitions:**

    a) Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?) Yes ( )  No (✓)

    b) If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition? Yes ( )  No (✓)

       NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition. <u>You must attach a copy of such an Order.</u>

       **<u>Failure to attach a copy of such Order will result in automatic dismissal of this petition.</u>**

    c) Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)? Yes ( )  No (✓)

       If no, answer the following:

       (1) Briefly explain the claim not raised in a previous petition BECAUSE MY ATTORNEY FAILED TO PRODUCE THE APPEAL TO THE MOTION

(2) Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; <u>and</u> would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense? If yes, what are those facts? Due to the fact of the Constitution there is no way that the Constitution will lock up a person for a location that he does not own lease or rent and I know that the Constitution will straighten it out.

(3) Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court? If so, what is that rule? None

### FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack? __ Yes  ✓ No

a) If yes, give name and location of court which imposed sentence to be served in the future: ___

b) Give date and length of sentence to be served in the future: ___

c) Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future? __ Yes  ✓ No

Rev. 1/96

- 12 -

## REQUEST FOR RELIEF

State here exactly what you want the court to do:

I come to the heavenly court to please grant my release based on false information given by the Chicago police officers and due to the location that is not owned by me leased by me or rented by me. That I am falsely imprisoned for today. If you will look at the owner statement you will see that the owner stated that she rented her house to a lady by the name of Laureen Smith ~~~~~~~~~~~~. And not a James Blackman. Thank you.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this _2_ day of _4-2-08_ , ___

_James Blackman_
Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev. 2/97

- 13 -

Due to the fact of false information provided by the Chicago Police Officers Department, to the United States District Court, to execute a search warrant for a James Blackman at the location of 6012 S. Keeler in Chicago Illinois. Due to the fact of this I James Blackman Im falsly impressioned due to a search warrant in my name, also the evidence that was provided in Court states that the owner of this location 6012 S. Keeler was leased, owned, Rented to a Lauryn Smith and not a James Blackman. The evidence was provided by the States Attorny to have there Investigators Officers go out to the location to see if this Location was Rented to a James Blackman. Also let the evidence Shod that the evidence was hidden by the States Attorny. And James Blackman was not the Lease Owner or the owner of 6012 S. Keeler. Also the owner of this Location 6012 S. Keeler the owner states that she sat down with a Lauryn Smith and asked her who will be living at this Location with her. Lauryn Smith then stated that Herself, her cousin and possibly two small children will be living at this location with her. At the time of the warrant there was no one at the Location to Recieve the warrant, also the Front and the Back door was kicked in by the Chicago Police Officers and the warrant was left on the dining room table.

Case Number: 08 CI 836
Judge Name: Judge Andersen
Time of Case: Cauabis and ahemedation of threat

This is the only way I can get these documents to you because we are on lock down.     Thank you    Michael W. Dobbins