CH

James Blackman,                Case No. 08 cv 1836
                               Case No. 08c1836

          v

              Motion to Proceed          **FILED**

Terry McCann                             MAY 1 4 2008
                                         May 14 2008
                                         MICHAEL W. DOBBINS
                                         CLERK, U.S. DISTRICT COURT

Now come James Blackman to asked this
Honorable Court to grant this motion to proceed
And for this case to go on, because of the
false information by the Chicago police
officer's, by going into a court to get a search
warrant for a James Blackman at the
location of 6012 S. Keeler In Chicago
Illinois, Now we all know if James Blackman
do Not leased Rent or owned 6012 S. Keeler
How can the Chicago police officer's go get a
search warrant In His name, for that residence
of 6012 S. Keeler, Now Also my Attorney knew
About All of this and failed to produce my evidence
And my case And when I Asked Him About
my Appeal, He just look At Me, because He
know that was Not My Home, And when
the state send out they Interview officer's
to the location of 6012 S. Keeler to talk to
the owned of the location of 6012 S. Keeler

And when the Interview Officer's talk to Her, she told them she did Not Rent or leased to A James Blackman, they Also Asked Her did she know Him, And she told them No she do Not, And told them that she leased Her Home to A woman Not A man, And that woman NAME is Lauryn Smith And she sat down with Her to do the leased For 6012 s Keeler, And Asked Lauryn Smith who will be living At the location of 6012 s. Keeler with Her, lauryn smith state that Her and Her Cousin with Her cousin two kids, So I Asked For this Honorable Court to please let this go All the way please you will see the true that I am lock up For Nothing please I want to go Home to my kids please to this Honorable court if you will Just look At this please you will see For your self god know the true will come out,

thank you so much,

5-10-08)

James Blackman #N62837

Stateville correctional Center, Joliet Ic 60434

this is the way I got to send this we
is lock down and it is Nothing I can do
At this time,

thank you,