Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1836 | **DATE** | May 28, 2008 |
| **CASE TITLE** | United States ex rel. James Blackman ((N 62837) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner James Blackman has submitted a letter requesting that his petition proceed. [9] It appears that the letter was sent before petitioner received this Court's May 2, 2008 order. On the Court's own motion, petitioner is given an extension of time to June 16, 2008, to comply with the May 2, 2008 order. Plaintiff is again directed to show cause why his amended petition should not be dismissed for failure to exhaust state court remedies, and he should address whether he exhausted state court remedies or intends now to do so. Failure to comply by June 20, 2008, may result in dismissal of this petition without prejudice.

isk