# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1836 | **DATE** | July 7, 2008 |
| **CASE TITLE** | United States ex rel. James Blackman (#N-62837) vs. Terry McCain | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 28, 2008, the court on its own motion granted the petitioner an extension of time until June 16, 2008, to show good cause in writing why his amended petition should not be dismissed for failure to exhaust state court remedies prior to seeking federal habeas review. The petitioner was forewarned that failure to comply by June 20, 2008, would result in dismissal of this petition. Nevertheless, the petitioner has not responded to the court's order. Accordingly, the court summarily dismisses the petition for a writ of habeas corpus, without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The case is terminated.

Docketing to mail notices.

FILED
2008 JUL -8 AM 8:33
CLERK
U.S. DISTRICT COURT

mjm